U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 3 2016

TONY R. MOORE, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 6:16-CR-0035 |
| | * | 18 U.S.C. §§ 241, 242, 2 |
| VERSUS | * | |
| | * | JUDGE MINALDI |
| BYRON BENJAMIN LASSALLE | * | MAGISTRATE JUDGE WHITEHURST |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## INTRODUCTION

At all times relevant to the Bill of Information:

1.  The Defendant was employed by the Iberia Parish Sheriff's Office
    (IPSO) as a member of the Narcotics Unit, in New Iberia, Louisiana.

2.  Inmates C.O., S.S., and A.D were pre-trial detainees housed at the
    IPJ.

## COUNT 1
### CIVIL RIGHTS CONSPIRACY
### 18 U.S.C. § 241

On or about April 29, 2011, at the Iberia Parish Jail (IPJ) in the
Western District of Louisiana, the Defendant, BYRON LASSALLE, willfully
combined, conspired, and agreed with other law enforcement officers, to
injure, oppress, threaten, and intimidate inmates, including C.O., S.S., and

1

A.D. in the free exercise and enjoyment of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from the use of excessive force amounting to punishment by a law enforcement officer.

Specifically, the Defendant agreed with other officers to unjustifiably assault and injure restrained and/or compliant inmates in the chapel at the IPJ, where there were no video surveillance cameras.  It was part of the agreement that officers who witnessed these unlawful assaults would not intervene to stop them.

## COUNT 2
## DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### 18 U.S.C. § 242

On or about April 29, 2011, at the Iberia Parish Jail (IPJ) in the Western District of Louisiana, the Defendant, BYRON LASSALLE, while acting under color of law and while aided and abetted by others, willfully deprived C.O., a pre-trial detainee, of the right, protected and secured by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from the use of excessive force amounting to punishment by a law enforcement officer. Specifically, the Defendant assaulted inmate C.O. in the chapel of the IPJ, a place not covered by the jail's video-surveillance system.  The offense involved the use of a baton, a dangerous weapon, and resulted in bodily injury to C.O.

## COUNT 3
## DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### 18 U.S.C. § 242

On or about April 29, 2011, at the Iberia Parish Jail (IPJ) in the Western District of Louisiana, the Defendant, BYRON LASSALLE, while acting under color of law and while aided and abetted by others, willfully deprived S.S., a pre-trial detainee, of the right, protected and secured by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from the use of excessive force amounting to punishment by a law enforcement officer. Specifically, the Defendant assaulted S.S. in the chapel of the IPJ, a place not covered by the jail's video-surveillance system.  The offense involved the use of a baton, a dangerous weapon, and resulted in bodily injury to S.S.

STEPHANIE A. FINLEY
United States Attorney

By:_____

JOSEPH JARZABEK, LA Bar # 07240
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:  (337) 262-6618

VANITA GUPTA
Principal Deputy Assistant Attorney
General
United States Department of Justice
Civil Rights Division

3

By:_____
MARK BLUMBERG, Maryland Bar
Special Litigation Counsel


By:_____
TONA BOYD, Bar No. CA #270975
Trial Attorney
950 Pennsylvania, Ave, NW
Washington, DC 20530
(202) 616-3120